**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**GUILLERMO**
**TORRES-ACEVEDO,**

                        **Plaintiff,**         **9:21-cv-52 (GLS/ATB)**

              v.

**C.O. BLAIR,**

                   **Defendant.**

_____

**APPEARANCES:**           **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Guillermo Torres-Acevedo
*Pro Se*
20-B-0756
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403

**FOR THE DEFENDANT:**
HON. LETITIA JAMES        BRENDA T BADDAM
New York Attorney General    Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On October 27, 2021, the court ordered plaintiff *pro se* Guillermo

Torres-Acevedo to notify the court, by November 10, 2021, of his current

address or verify that his mailing address is as listed in the caption of this Order and file any objections to Magistrate Judge Andrew T. Baxter's Report-Recommendation. (Dkt. No. 22.) The court warned Torres-Acevedo that his failure to comply with the order would result in dismissal, and a copy of the order was sent to plaintiff's last known address. (*Id.* at 5.) Torres-Acevedo has failed to comply with the October 27, 2021 Order. Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED** for plaintiff's failure to notify the court of his address change, for failure to prosecute, and failure to comply with the court's October 27, 2021 Order; and it is further

**ORDERED** that, upon review for clear error, the Report-Recommendation (Dkt. No. 20) is **ADOPTED** in its entirety ; and it is further

**ORDERED** that defendant's motion for summary judgment (Dkt. No. 15) is **GRANTED** and the complaint is **DISMISSED** with prejudice for failure to exhaust as to Torres-Acevedo's Eighth Amendment excessive force claims; and it is further

**ORDERED** that defendant's motion to dismiss (Dkt. No. 15) is **GRANTED** and the complaint is **DISMISSED** without prejudice and without leave to amend for lack of subject matter jurisdiction as to Torres-

Acevedo's state law claims; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED** in its entirety as set forth above; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk serve this Order on Torres-Acevedo at his last known address and on all other parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

November 15, 2021
Albany, New York

Gary L. Sharpe
U.S. District Judge